**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND BAPTIST,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-04637 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 13, 15) |

Raymond Baptist asserts that he suffered violations of his constitutional rights while housed at Corcoran State Prison, Valley State Prison, and Folsom State Prison. (*See generally* Doc. 12.) Plaintiff filed a motion for injunctive relief and a first amended complaint on August 18, 2026. (Docs. 12, 13.)

The magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for deliberate indifference to serious medical needs in violation of the Eighth Amendment, retaliation in violation of the First Amendment, violation of the Equal Protection Clause of the Fourteenth Amendment. (Doc. 15 at 7-10.) The magistrate judge also found Plaintiff failed to allege compliance with the claim presentation requirements of the Government Claims Act for any state law claims. (*Id.* at 10-11.)

Because the Court provided the relevant legal standards and Plaintiff failed to cure the pleading deficiencies, the magistrate judge determined that further leave to amend was not warranted. (*Id.* at 11.) The magistrate judge recommended the Court dismiss the action for failure to state a cognizable claim. (*Id.* at 12.) In addition, the magistrate judge recommended Plaintiff's motion for injunctive relief be denied because he did not meet the requirements for the requested relief. (*Id.* at 11-12, 13.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 14 days. (Doc. 15 at 13.) The Court advised Plaintiff that the failure to file timely objections "may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Although the Court granted an extension of time (Doc. 17), Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on September 2, 2026 (Doc. 15) are **ADOPTED**.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. Plaintiff's motion for injunctive relief (Doc. 13) is **DENIED**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 26, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE